UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

PROOF OF SERVICE AFFIDAVIT

| | |
|---|---|
| Alec Ohanian, an individual, and ) <br> Artin Ohanian, an individual; ) <br> ) <br> ) | Civil Action No. <u>**2:23-cv-01245-PA-RAO**</u> |
| vs. ) <br> ) <br> **Stablegains, Inc., a Delaware Corporation** ) <br> **and DOES 1-100,** ) <br> **inclusive.** ) <br> _____ ) | |

I, the undersigned declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; that I served the above named person the following documents:

1. See Attachment.

in the following manner: (check one)

1) [X]  By personally delivering copies to the Corporation's registered agent for service of process, LEGALINC CORPORATE SERVICES INC., located at 651 N BROAD ST. SUITE 201, MIDDLETOWN, DE 19709 on <u>May 9th, 2023, at 10:09 AM.</u>
2) [ ]  By leaving, during usual office hours, copies in the office of the person served with the person who apparently was in charge and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left.
3) [ ]  By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of his office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left.
4) [ ]  By placing a copy in a separate envelope, with postage fully prepaid, for each address named below and depositing each in the U.S. Mail at _____ on _____ ____, _____.

_____                        _____
**Stephen A. Kempski, LPI**                                                     DATE
**Delaware Detective Group, LLC**
**364 E. Main Street, Suite 309**
**Middletown, Delaware 19709**
**(302) 836-8666**

## ATTACHMENT
## AFFIDAVIT OF SERVICE

Documents served on LEGALINC CORPORATE SERVICES INC. at 651 N BROAD ST SUITE 201, MIDDLETOWN, DE 19709:

1. Summons
2. Complaint
3. Notice of Assignment
4. Notice to Counsel Re: Consent Proceed Before a Magistrate Judge
5. Notice of Interested Parties
6. Notice of Court Directed ADR Program
7. Standing Order of the Honorable Percy Anderson