## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Alec Ohanian, an individual, and )
Artin Ohanian, an individual )
                                   )
                                     )      Civil Action No. 2:23-cv-01245-PA-RAO
                 vs.                     )
                                     )
Stablegains, Inc., a Delaware Corporation )
and DOES 1-100, )
inclusive. )
                                     )

I, the undersigned declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; that I served the above named person the following documents:

   1.  See Attachment.

in the following manner: (check one)

   1)  [X]  By personally delivering copies to the Corporation's registered agent for service of process on     May 9th, 2023    , at 10:09 AM.

   2)  [  ]  By leaving, during usual office hours, copies in the office of the person served with the person who apparently was in charge and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left.

   3)  [  ]  By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of his office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left.

   4)  [  ]  By placing a copy in a separate envelope, with postage fully prepaid, for each address named below and depositing each in the U.S. Mail at _____ on _____ \_\_\_\_, _____.

5-10-23
DATE

Stephen A. Kempski, LPI
Delaware Detective Group, LLC
364 E. Main Street, Suite 309
Middletown, Delaware 19709
(302) 836-8666

## ATTACHMENT
## AFFIDAVIT OF SERVICE

Documents served on LEGALINC CORPORATE SERVICES INC.

1. Summons
2. Complaint
3. Notice of Assignment
4. Notice to Counsel Re: Consent Proceed Before a Magistrate Judge
5. Notice of Interested Parties
6. Notice of Court Directed ADR Program
7. Standing Order of the Honorable Percy Anderson



Delaware Detective Group, LLC
364 E. Main Street
Suite 309
Middletown, Delaware 19709
Phone (302) 373-3678
Tax ID#: 32-0285966

# INVOICE

INVOICE # 23PS00260
DATE: 5-10-23

**TO:**
Alec Ohanian

**FOR:**
Stablegains, Inc

| DATE | DESCRIPTION | HOURS OR MILEAGE | RATE | AMOUNT |
|------|-------------|------------------|------|--------|
| 5-9-23 | Service of Process | | | $65.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | Balance Due | | | $65.00 |
| | | | TOTAL | $65.00 |

Make all checks payable to Delaware Detective Group, LLC
Total due in 45 days. Overdue accounts subject to a service charge of 3% per month.

**THANK YOU FOR YOUR BUSINESS!**